## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| CARL WAYNE CHAMBERS, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-05-2238 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on 24th day of August, 2005.

_____

DAVID HITTNER

United States District Judge